| | |
|---|---|
| **LARRY WAYNE AIKEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **ORDER** |
| | ) |
| **IREDELL COUNTY JAIL MEDICAL,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Larry Wayne Aiken ("Plaintiff") filed this action on February 18, 2026, pursuant to 42 U.S.C. § 1983. [Doc. 1]. On initial review of Plaintiff's Complaint, the Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from April 15, 2026, to amend his Complaint in accordance with the terms of the Court's Order. [Doc. 7]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id. at 5]. The Clerk mailed the Court's initial review Order to the Plaintiff at address of record at the time at the Iredell County Jail in Statesville, North Carolina. [4/15/2026 (Court Only) Docket Entry]. On April 21, 2026, Plaintiff filed a Notice of Change of Address, notifying the Court of his new address at the Pike County Detention Center in Pikeville, Kentucky. [Doc. 8]. The Clerk, therefore, retransmitted a copy of the Court's initial review Order to the Plaintiff at his new address the next day.[1] [4/22/2026 (Court Only) Docket Entry].

---

[1] On May 11, 2026, Plaintiff filed a redundant Notice of Change of Address again notifying the Court that he had been transferred to Pike County Detention Center. [Doc. 10].

Even giving Plaintiff the benefit of the deadline running from the retransmission of the initial review Order to Plaintiff's new address, the deadline has passed, and Plaintiff has not filed an amended complaint. The Court will, therefore, dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is **DISMISSED** without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: June 1, 2026

Kenneth D. Bell
United States District Judge